EMANUEL M. KAISER, Respondent, *v.* EDITH O. KAISER, Appellant.

*Appeal — unanimous affirmance of order denying motion to annul or modify judgment with respect to care and maintenance of child.*

Reported below, 192 App. Div. 956.

(Argued January 10, 1921; decided January 18, 1921.)

MOTION to dismiss an appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1920, which affirmed an order of Special Term denying a motion to annul or modify interlocutory and final judgments with respect to the custody, care, education and maintenance of Eleanor F. Kaiser.

The motion was made upon the ground that the order was discretionary and the affirmance by the Appellate Division unanimous.

*I. Maurice Wormser* for motion.

*Louis Marshall* opposed.

Motion denied, without costs.